UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,    Hon. Edward Kiel

            Plaintiff,    Magistrate No. 22-15110

vs.

JANET LEE BLISSITT,

            Defendant.
_____/

**NOTICE OF CHANGE OF ADDRESS**

    COMES NOW, the Defendant, JANET LEE BLISSITT, by and through her undersigned attorney and files this Notice of Change of Address with the Court and states the following:

    1.  The Defendant is charged with wire fraud in the above styled case, in violation of 18 U.S.C. 1343.

    2.  The Defendant has been on bond while this case has been pending. The Defendant is in full compliance with her conditions of release. The Defendant is being supervised by PreTrial Release in the Southern District of Florida.

    3.  The Defendant recently purchased a mobile home and will be residing at 5321 S.W. 28th Ave., Fort Lauderdale, Florida 33312. This address is within the same county where she has lived during the entire pendency of the case.

    4.  The Defendant is scheduled for a change of plea hearing on September 27, 2023 at 1 PM.

    5.  The Defendant has already notified her PreTrial Officer of this change in address.

Respectfully submitted by,

JONATHAN S. FRIEDMAN, P.A.
ATTORNEY FOR JANET LEE BLISSITT
101 N.E. 3RD AVE.
SUITE 1500
FORT LAUDERDALE, FLORIDA 33301
TELEPHONE: (954) 713-2820
FACSIMILE: (754) 301-5109

/S/ Jonathan S. Friedman\_\_\_\_\_
JONATHAN S. FRIEDMAN, ESQ.
FLORIDA BAR NUMBER: 973297

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 1, 2023 the undersigned attorney electronically filed the foregoing document with the Clerk of the Court, United States Attorney's Office, Department of Justice, and other counsel of record, if any, using CM/ECF and has served same via U.S. Mail to those counsel(s) or individuals, if any, who are not authorized to receive electronically Notice of Electronic Filing.

/S/ Jonathan S. Friedman\_\_\_\_\_
JONATHAN S. FRIEDMAN, ESQ.